UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN P. STALLINGS, Plaintiff, v. CARPER, *et al.*, Defendants. | Case No. 3:25-cv-00684-MMD-CLB<br>ORDER |

This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On October 30, 2026, the Court screened Plaintiff's complaint under 28 U.S.C. § 1915A and dismissed it with prejudice and without leave to amend. (ECF No. 8.) Judgment was entered, and the case was closed. (ECF No. 10.) The Screening Order was returned as undeliverable because Plaintiff has been transferred and has not updated his address. (ECF No. 11.)

**IT IS ORDERED** that the Clerk of Court send a courtesy copy of the Screening Order (ECF No. 8) and the Judgment (ECF No. 10) to Plaintiff at High Desert State Prison. (*See* ECF No. 11.)

DATED: November 4, 2026.

UNITED STATES MAGISTRATE JUDGE